# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

139908 & (69)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LABEED SAMI NOURI,
    Defendant-Appellant.

SC: 139908
COA: 290178
Oakland CC: 2007-218065-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

_____
Clerk

p0120